# United States District Court

for

## Southern District of Ohio

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Allen Ronnell Hinton**                                  Case Number: **1:02CR00047**

Name of Sentencing Judicial Officer: **The Honorable S. Arthur Spiegel, United States Senior District Judge**

Date of Original Sentence: **November 14, 2002**

Original Offense: **Possession of a Firearm by a Convicted Felon**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Supervised Release**                 Date Supervision Commenced: **October 25, 2004**

Assistant U.S. Attorney: **Wende C. Cross**                 Defense Attorney: **Richard Smith-Monahan**

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue an Order to Appear and Show Cause
[ ] To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Mr. Hinton was arrested June 5, 2006 and charged with Possession of Marijuana, Criminal Case No.: 06-CRA-20686. He immediately advised this writer of his arrest and provided documentation pertaining to this charge and his subsequent court date. Following the initial arrest, he appeared in the Hamilton County Court of Common Pleas and was released on his own recognizance. On July 19, 2006, the defendant returned to court for trial in the matter and was found guilty. He was ordered to pay a fine of $185, which was to be paid on or before August 31, 2006. |
| | Based on the fact that this was a misdemeanor offense, and the offender immediately notified this writer, he was instructed to provide updates to his status. Additionally, his urinalysis testing was increased to weekly and he has complied as directed. To date he has not submitted any positive urinalysis. |
| | He has also secured a position as a newspaper delivery person, and continues to work in that capacity. Additionally, he was referred to a local job training program with the Urban League for assistance with job readiness training and placement. |

U.S. Probation Officer Recommendation: It is recommended that a hearing be held to determine whether supervision should be revoked in this case.

The term of supervision should be
- [X] Revoked.
- [ ] Extended for  years, for a total term of  years.
- [ ] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Approved,

Executed on October 23, 2006

*Michelle Merrett* by

Michelle Merrett
U.S. Probation Officer

John Cole
Supervising U.S. Probation Officer
Date:   October 23, 2006

THE COURT ORDERS:

- [ ] No Action
- [ ] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [X] The Issuance of an Order to Appear and Show Cause
- [ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [ ] Other

Signature of Judicial Officer

10/24/06
Date