# United States District Court

**Southern** DISTRICT OF **Ohio**

2006 NOV 15 PM 2:34

UNITED STATES OF AMERICA

V.

Allen Hinton

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:02CR047

I, __Allen Hinton__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Allen Hinton_
Defendant

_[signature]_
Counsel for Defendant

11/15/06
Date