AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

Case Number:   1:02-cr-00047

V.

ALLEN HINTON

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been **RESET** from 1/4/07 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
| | DATE AND TIME<br>JANUARY 24, 2007 at 10:00 AM |

SPECIAL INSTRUCTIONS:

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Karl Kadon, Esq., AUSA     Richard Smith-Monahan, Esq.   USMS     Probation     Pretrial Services