IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                                            Case Number: 1:02-cr-00047

ALLEN HINTON

MINUTES: SUPERVISED RELEASE REVOCATION HEARING (FINAL)

Defendant present with counsel

Defendant ADMITS to violations of conditions of Supervised Release; Supervised Release is REVOKED by the Court

Defendant sentenced as follows:

Jail term of 1 Day

1 Year Supervised Release

Special Conditions:

1. Defendant shall participate in the Home Confinement Program with Electronic Monitoring, for a period of six months.

2. Defendant is ordered to comply with any substance abuse treatment, inclusive of urinalysis, as directed by the probation officer.

Defendant is remanded to custody of the United States Marshal

Judge:                  S. Arthur Spiegel

Courtroom Deputy:     Kevin Moser

Court Reporter:         Jodie Perkins (Official)

Date:                   January 24, 2007