PROB 12B
(12/98)

# United States District Court

for

### District of Southern Ohio

**Request to Terminate Special Condition of Home Confinement with Electronic Monitoring**

Name of Offender: **Allen Ronnell Hinton**                                             Case Number: **1:02CR00047**

Name of Sentencing Judicial Officer:     **The Honorable S. Arthur Spiegel**
                                         **United States Senior District Judge**

Date of Original Sentence: **November 14, 2002**

Original Offense: **Possession of a Firearm by a Convicted Felon**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Supv. Of BOP Inmates**            Date Supervision Commenced: **October 25, 2004**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To terminate the special condition of Home Confinement with Electronic Monitoring for a period of 6 months. This request is submitted for the following reason(s):

### CAUSE

The offender's case was returned to Court for violation of the terms of supervision as noted in the Petition filed on October 23, 2006. At the revocation hearing, held on January 24, 2007, the offender's term of supervision was revoked. He was ordered to serve one day imprisonment, followed by supervised release for one year. Special conditions of his supervision required that the offender complete 180 days home confinement with electronic monitoring, and comply with substance abuse treatment requirements.

On February 1, 2007, the offender was installed on home confinement with electronic monitoring. He has continued to comply with the urinalysis monitoring condition, and also he was referred to an employment training program. Since the hearing, the offender has submitted all negative urinalysis, and has successfully completed the SOAR Program sponsored by the Urban League Program.

To date, he has completed 120 days on home confinement without any problems or infractions. Having completed the SOAR program, the offender appears to have an improved outlook regarding employment and stability within the community.

He has diligently made this writer aware of his job search progress, and it is felt that the 120 days of home confinement he has served has sufficiently addressed his violation behavior and has positively impacted his awareness and desire to become more responsible.

Based on the offender's overall success on home confinement with electronic monitoring, and the fact that he has completed the SOAR program, it is requested that the Court allow the offender to be terminated from home confinement at this time. His term of supervised release will remain in effect until January 23, 2008.

PROB 12B
(12/98)

2

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* <br> **Michelle Merrett** <br> U. S. Probation Officer <br> Date: **June 1, 2007** | by | *[signature]* <br> **John Cole** <br> Supervising U. S. Probation Officer <br> Date: **June 1, 2007** |

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[✓] Terminate the remaining 60 days of home confinement with electronic monitoring, with the term of supervised release remaining in effect until January 23, 2008

*[signature]*
Signature of Judicial Officer

6/5/07
Date



Urban League of Greater Cincinnati | Opening Doors...Building Futures

# Certificate of Achievement

Awarded to

*Allen Hinton*

For Successful Completion of

S.O.A.R.© Class 7

This 19th Day of April, 2007

Donna Jones Baker, President CEO of Urban League of Greater Cincinnati

Marsha L. Watts Visher, Executive Vice President of Urban League of Greater Cincinnati